THELMA S. BUGBEE *v.* ROBERT A. KIMMICH, MEDICAL DIRECTOR OF THE TERRITORIAL HOSPITAL; CHARLES H. SILVA, DIRECTOR OF INSTITUTIONS; AND JOHN V. FERNANDEZ, PETER E. CHU AND WILL B. JOHNSTONE, JR., CIVIL SERVICE COMMISSION OF THE TERRITORY OF HAWAII.

No. 3007.

FILED NOVEMBER 12, 1957.                    DECIDED DECEMBER 16, 1957.

RICE, C. J., STAINBACK AND MARUMOTO, JJ.

*Per Curiam.* The petition for rehearing in the above entitled cause is denied without argument.

*Michiro Watanabe* for the petition.